## Commonwealth *v.* Jones, Appellant.

Submitted December 4, 1974. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant.

*Stewart J. Greenleaf* and *J. David Bean,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 31, 1975:

The judgment of sentence is hereby reversed and this matter is remanded to the lower court for a new trial due to the unavailability of any trial transcript which might permit meaningful review. *Mayer v. City of Chicago,* 404 U.S. 189 (1971) ; *Commonwealth v. Goldsmith,* 452 Pa. 22 (1973) ; *Commonwealth v. Norman,* 447 Pa. 515 (1972).